United States District Court
District of New Jersey

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. CLAIRE CECCHI |
| v. | : | **CRIMINAL COMPLAINT** |
| ADRIANA FERNS, and COSTER ST. GERMAIN, JR., a/k/a "DRED" | : | Magistrate No. 07-4037 |

I, William Gunther, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. From on or about February 28, 2007 to on or about March 3, 2007 in the District of New Jersey and elsewhere, defendants did:

> knowingly and intentionally conspire and agree with one another and others to distribute and possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II narcotic drug controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and
>
> In violation of Title 21, United States Code, Section 846.

I further state that I am a Special Agent with the Drug Enforcement Administration and that this complaint is based on the following facts:

SEE ATTACHMENT A

William Gunther
Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence,

March 4, 2007 8:30 p.m at Essex Co., ~~Newark~~, New Jersey
Date / City and State

Honorable Claire C. Cecchi
United States Magistrate Judge

Signature of Judicial Officer

ATTACHMENT A

I, William Gunther, am a Special Agent with the Drug Enforcement Administration. Based upon my investigation and my discussions with other individuals involved in this investigation, I have knowledge of the following facts:

1. From on or about February 28, 2007 to on or about March 3, 2007, Alex Hetherington while in the District of New Jersey, had telephone conversations with defendant Coster St. Germain, concerning the delivery of a large quantity of crystal methamphetamine to New Jersey from Rhode Island. All the parties referred to herein, used slang terms when referring to the narcotics.

2. Defendant Coster St. Germain agreed to have the drugs delivered, saying that either he would do the delivery or have Defendant Adriana Ferns do the delivery for him.

3. During this same time period, Alex Hetherington also spoke to defendant Adriana Ferns, who eventually stated that she would be the one to do the actual delivery of the crystal methamphetamine.

4. Defendant St. Germain required payment upon the delivery of the crystal methamphetamine and also requested that Hetherington front him 6 kilograms of cocaine. Hetherington agreed to these terms.

5. After additional phone calls with defendant Adriana Ferns, defendant Adriana Ferns drove the crystal methamphetamine from Rhode Island to New Jersey. She was arrested with approximately 73 lbs. of crystal methamphetamine in Newark, New Jersey on March 3, 2007, after getting direction as to the point of delivery from Hetherington.

6. A field test was administered to the confiscated narcotics. The test revealed a positive result for the presence of methamphetamine.