UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR No. 1-07-M-50A |
| | : | |
| COSTER ST. GERMAIN, JR. | : | |

**ORDER**

This matter was heard on May 16, 2007 before Magistrate Judge Lincoln D. Almond, on a removal hearing held pursuant to Rule 5 of the Federal Rules of Criminal Procedure, to determine whether the Defendant, COSTER ST. GERMAIN, JR., should be removed to the District of New Jersey to answer a criminal complaint filed against him in that District (CR No. 07-4037-02). The Defendant, being advised of his rights by the Court and represented by counsel, Edward C. Roy, Jr., Esquire, having consented to removal, waived his right to an identity and preliminary hearing solely in this District and preserving all other defenses, it is hereby:

ORDERED, ADJUDGED AND DECREED

The Defendant is ordered removed in the custody of all United States Marshals Service to the judicial district of the District of New Jersey for a prompt appearance before U.S. Magistrate Judge Claire C. Cecchi.

PER ORDER,

Deputy Clerk

ENTER:

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
May 16, 2007